# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2026-0855
Lower Tribunal No. 2025-CC-000198

_____

BRIDGE GOLDE,

Appellant,

v.

BANGLADESH GARDENS, LLC,

Appellee.

_____

Appeal from the County Court for Glades County.
William Dorman, III, Judge.

April 24, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and STARGEL and PRATT, JJ., concur.


Bridge Golde, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED